# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-filing

| | |
|---|---|
| MICHAEL JUETTEN, a California resident, and CHAD KLEBS, a Minnesota resident, on behalf of themselves and all others similarly situated,<br>                    Plaintiff,<br><br>V.<br><br>CHUNGHWA PICTURE TUBES, LTD.; LP DISPLAYS INTERNATIONAL, LTD.; MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD.; MT PICTURE DISPLAY CO., LTD.; KONINKLIJKE PHILIPS ELECTRONICS NV; SAMSUNG SDI CO.; TOSHIBA CORP.; TOSHIBA AMERICA, INC.<br>                    Defendants. | **SUMMONS IN A CIVIL CASE**<br>CASE NUMBER:<br> |

**TO:** (Name and address of defendant)

CHUNGHWA PICTURE TUBES, LTD. 1127 Heping Rd., Bade City, Taoyuan, Taiwan 334; LP DISPLAYS INTERNATIONAL, LTD. 6TH Flr., ING Tower, 308 Des Voeux Rd Central, Sheung Wan, Hong Kong; MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD. 1006 Kadoma, Kadoma City, Osaka 571-8501; MT PICTURE DISPLAY CO., LTD. Takatsuki-shi, Osaka, Japan; KONINKLIJKE PHILIPS ELECTRONCS NV Breitner Center, Amselplein 2, 1096 BC Amsterdam; SAMSUNG SDI CO. 575 Shin-dong, Youngtong-gu, Suwon, Kyongi, South Korea; TOSHIBA CORP. 1-1, Shibaura 1-chome, Minato-ku, Tokya 105-8001, Japan; TOSHIBA AMERICA, INC., 1251 Avenues of the Americas, New York, NY

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Craig C. Corbitt

ZELLE, HOFMANN, VOELBEL, MASON & GETTE LLP

44 Montgomery Street, Suite 3400

San Francisco, CA 94104

an answer to the complaint which is herewith served upon you, within 20 (twenty) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

DEC 1 0 2007

Richard W. Wieking
CLERK                                                                 DATE _____

MARY ANN BUCKLEY
_____
(BY) DEPUTY CLERK

American LegalNet, Inc.
www.USCourtForms.com

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | TITLE |
| | |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify):*

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                    Date                                                    Signature of Server

                                                                _____
                                                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

American LegalNet, Inc.
www.USCourtForms.com